SILLS, *Administrator, against* BROWN AND OTHERS.

*June* 23d.

On a rehearing, the party that complains of the decree, and seeks to have it corrected, is entitled to open and close the argument.

ON a rehearing of this cause, a question arose as to which party was entitled to open the argument; whether it was the plaintiff in the suit, or the party, whoever it was, that objected to the decree, and applied for a rehearing.

THE CHANCELLOR.   The party that complains of the decree, in whole or in part, and seeks to have it corrected, is entitled to open and close the argument.